CV 10 80 265 MISC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Nwabueze Chukwuedoz I. Ezeife #165472

_____/

**ORDER TO SHOW CAUSE**

It appearing that Nwabueze Chukwuedoz I. Ezeife has been suspended for nine months by the Supreme Court of California effective September 3, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Nwabueze Chukwuedoz I. Ezeife
Attorney At Law
Ezeife & Associates
480 Roland Way Ste 101
Oakland, CA 94621-2052