**FILED**

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV 10-80265 MISC

Nwabueze Chukwuedoz I Ezeife,

     State Bar No 165472            ORDER
_____/

     On November 4, 2010, the court issued an order to show cause (OSC) why Nwabueze Chukwuedoz I Ezeife should not be removed from the roll of attorneys authorized to practice law before this court, based upon his nine month suspension by the Supreme Court of California, effective September 3, 2010.

     The OSC was mailed to Mr Ezeife's address of record with the State Bar on November 8, 2010.  On December 8, Mr Ezeife filed a response to the OSE stating that he does not oppose an imposition of a reciprocal suspension by this court.

     The court now orders Nwabueze Chukwuedoz I Ezeife removed from the roll of attorneys authorized to practice before this court until such time as he provides proof of his return to good standing of the State Bar of California.

     IT IS SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the Matter of:

NWABUEZE CHUKWUEDOZ I EZEIFE

Case Number: CV10-80265 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Nwabueze Chukwuedoz I. Ezeife
Ezeife & Associates
480 Roland Way
Suite 101
Oakland, CA 94621-2052

Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*